**Edward J. BRADY, of Ferrisburgh, Addison County, Rosemary B. Brady, Of Ferrisburgh, Addison County, Plaintiffs–Appellants,**

v.

**Joan Loring WING, of Rutland, Rutland County, Lisa Chalidze, of Benson, Rutland County, Pietro J. Lynn, of South Burlington, Chittenden County, Lynn, Thomas & Mihalich, P.C., a Vermont corporation with principal place of business in Burlington, Chittenden County, Gregory Clayton, of Barnet, Caledonia County, Aten Clayton & Eaton PLLC, a foreign corporation with principal place of Business in Littleton, New Hampshire, One-Beacon Insurance Group, Ltd., a foreign corporation with principal place of Business in Canton, Massachusetts,** **York Insurance Company of Maine, a foreign corporation with principal place of Business in Canton, Massachusetts, J.W. & D.E. Ryan, Inc., a Vermont corporation with principal place of Business in Vergennes, Addison County, Peerless Insurance Company, A foreign corporation with principal place of business in Keene, New Hampshire, Defendants–Appellees.**

**No. 08–5835–cv.**

United States Court of Appeals, Second Circuit.

March 9, 2010.

Edward J. Brady, Rosemary B. Brady, Vergennes, VT, pro se.

Kaveh S. Shahi, Rutland, VT, for Defendant–Appellee, Lisa Chalidze, Clearly, Shahi & Aicher, P.C.

Robert B. Hemley and Paul A. Kearney, Burlington, VT, for Defendants–Appellees, Gregory Clayton and Aten, Clayton & Eaton, PLLC, Gravel and Shea.

Robert A. Mello, Law Office of Robert A. Mello, PLC, South Burlington, VT, for Defendant–Appellee, Joan Loring Wing.

John E. Brady, Brady & Callahan, P.C., Springfield, VT, for Defendants–Appellees, OneBeacon Insurance Group, Ltd. and York Insurance Company of Maine.

Shapleigh Smith, Jr., Thomas & Mihalich, Dinse Knapp & McAndrew, P.C., Burlington, VT, for Defendants–Appellees, Pietro J. Lynn and Lynn.

Richard J. Windish, Haynes & Windish, P.C., Woodstock, VT, for Defendant–Appellee J.W. & D.E. Ryan, Inc.

.

PRESENT: GERARD E. LYNCH, Circuit Judge, DENNY CHIN,*District Judge.**

### SUMMARY ORDER

Appellants Edward and Rosemary Brady appeal from the district court's judgment dismissing their complaint for lack of subject matter jurisdiction. We assume the parties' familiarity with the facts, proceedings below, and specification of appellate issues and hold as follows.

We review the dismissal of a complaint for lack of subject matter jurisdiction de novo. *Celestine v. Mount Vernon Neighborhood Health Ctr.*, 403 F.3d 76, 79–80 (2d Cir.2005). "A case is properly dismissed for lack of subject matter jurisdiction under [Fed.R.Civ.P.] 12(b)(1) when the district court lacks the statutory or constitutional power to adjudicate it." *Makarova v. United States*, 201 F.3d 110, 113 (2d Cir.2000). A plaintiff asserting jurisdiction has the burden of proving that jurisdiction exists by a preponderance of the evidence. *Id.*

Having conducted an independent and de novo review of the record in light of these principles, we affirm the district court's judgment for substantially the same reasons stated by the district court in its thorough and well-reasoned opinion. Accordingly, the judgment of the district court is hereby **AFFIRMED.**